UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. MJ21-506 )  ) |
| v. | ) |
|  | ) DETENTION ORDER |
| JASON PATRICK, | ) |
| Defendant. | ) ) |

Offenses charged:

1. Possession of Fentanyl with Intent to Distribute

Date of Detention Hearing:   September 10, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant has a lengthy criminal record including multiple convictions for possession of a controlled substance, unlawful possession of a firearm, and a federal conviction for conspiracy to possess with intent to distribute methamphetamine. He is currently charged with Possession with Intent to Distribute Fentanyl with records indicating that this alleged offense occurred while he was on federal supervision for the above conviction.

2. Defendant poses a risk of flight based on the 61 warrants issued for his repeated history of failure to appear. Defendant is a danger to the community because of his reoccurring history of similar criminal conduct and background of noncompliance. Defendant allegedly committed the current offense while on federal supervision. Defendant does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 10th day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3